CIVIL MINUTES CLOSING

Case No   SACV 18-1511-AG(DFMx)         Date: December 26, 2018

Title: ADAM GHADIRI v JACK IN THE BOX, ET AL

Present   ANDREW J. GUILFORD , United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:   ☐ In Court   X In Chambers   ☐ Counsel Notified

☐   Case previously closed in error. Make JS-5.

X   Case should have been closed on entry dated 10/26/18. Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within    days. Make JS-6.

☐   Other              .

☐   Entered            .

CV-74 (08/97)                       Initials by Deputy Clerk   lmb